# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida
### Civil Division

| | |
|---|---|
| RONALD LAMONT WRIGHT <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> SEACOAST NATIONAL BANK, <br> JASON M. ELLISON <br> AMY M. WILLIAMS, DBA, JUDGE <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 8:23 cv 100 SDM - JSS <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | RONALD LAMONT WRIGHT |
   | Street Address | 427 39TH STREET SOUTH |
   | City and County | ST. PETERSBURG |
   | State and Zip Code | FLORIDA [33711] |
   | Telephone Number | 813-470-0234 |
   | E-mail Address | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SEACOAST NATIONAL BANK |
| Job or Title *(if known)* | |
| Street Address | 815 S. COLORADO AVENUE |
| City and County | STAUART |
| State and Zip Code | FLORIDA 34994 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | JASON M. ELLISON |
| Job or Title *(if known)* | ATTORNEY |
| Street Address | 150 2ND AVENUE NORTH, SUITE 1770 |
| City and County | ST. PETERSBURG |
| State and Zip Code | FLORIDA 33701 |
| Telephone Number | 727-362-6151 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | AMY M. WILLIAMS |
| Job or Title *(if known)* | JUDGE |
| Street Address | 545 FIRST AVENUE NORTH, ROOM 417 |
| City and County | ST. PETERSBURG |
| State and Zip Code | FLORIDA 33701 |
| Telephone Number | 727-582-7550 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      E-mail Address *(if known)* _____

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

  ☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

 1.  The Plaintiff(s)

  a.  If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

  b.  If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* SEACOAST NATIONAL BANK, is incorporated under the laws of the State of *(name)* FLORIDA, and has its principal place of business in the State of *(name)* FLORIDA.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   PRIVATE PROPERTY VALUED OVER $1,000,000.00 DOLLARS AND A $392,000.00 DOLLAR PROMISSARY NOTE ACTUAL CASH VALUE

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. I SENT A CONDITIONAL ACCEPTANCE FOR VALUE FOR PROOF OF CLAIM ON 6/28/2022 AND ANOTHER PROOF OF CAIM ON 7/21/2022 FOR THE DEFENDANT WHO HAS NEVER REBUTTED ANY OF MY AFFIDAVITS POINT BY POINT.
2. THE DEFENDANT HAS COMMITTED FRAUD AND SWINDLES ON MY PRIVATE PROPERTY.
3. THE DEFENDENT HAS VIOLATED MY RIGHTS UNDER COLOR OF LAW.
4, THE DEFENDENT HAS INFRINGEMENT ON MY INTERNATIONAL COPYRIGHT.
5. THE DEFENDENT HAS EITHER MADE A FALSE STATEMENT OR CONCEALMENT OF MATERIAL FACTS.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* JASON M. ELLISON, is a citizen of the State of *(name)* FLORIDA. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   PRIVATE PROPERTY VALUED OVER $1,000,000.00 DOLLARS AND A $392,000.00 DOLLAR PROMISSARY NOTE ACTUAL CASH VALUE

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. I SENT A CONDITIONAL ACCEPTANCE FOR VALUE FOR PROOF OF CLAIM ON 6/28/2022 AND ANOTHER PROOF OF CAIM ON 7/21/2022 FOR THE DEFENDANT WHO HAS NEVER REBUTTED ANY OF MY AFFIDAVITS POINT BY POINT.
2. THE DEFENDANT HAS COMMITTED FRAUD AND SWINDLES ON MY PRIVATE PROPERTY.
3. THE DEFENDENT HAS VIOLATED MY RIGHTS UNDER COLOR OF LAW.
4, THE DEFENDENT HAS INFRINGEMENT ON MY INTERNATIONAL COPYRIGHT.
5. THE DEFENDENT HAS EITHER MADE A FALSE STATEMENT OR CONCEALMENT OF MATERIAL FACTS.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* AMY M. WILLIAMS, DBA, JUDGE, is a citizen of the State of *(name)* FLORIDA. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   PRIVATE PROPERTY VALUED OVER $1,000,000.00 DOLLARS AND A $392,000.00 DOLLAR PROMISSARY NOTE ACTUAL CASH VALUE

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. THE DEFENDENT DID NOT ALLOW ME TO HAVE DUE PROCESS OF LAW.
2. THE DEFENDANT DID NOT ALLOW ME TO CROSS EXAMINE MY ACCUSER
3. THE DEFENDENT HAS COMMITTED FRAUD AND SWINDLES ON MY PRIVATE PROPERTY.
4. THE DEFENDENT HAS VIOLATED MY RIGHTS UNDER COLOR OF LAW.
5. THE DEFENDENT HAS EITHER MADE A FALSE STATEMENT OR CONCEALMENT OF MATERIAL FACTS.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ORDER THE COURT FOR RELIEF FOR PUNITIVE DAMAGES OF $3,392,000.00 ( THREE MILLION THREE HUNDRED AND NINETY-TWO THOUSAND DOLLARS) FOR ALL THE VARIOUS VIOLATIONS THAT THE DEFENDANT HAS COMMITTED AGAINST ME AND MY PRIVATE PROTERY, AND TO RECEIVE A FREE AND CLEAR TITLE FOR THE PRIVATE PROPERTY AT 3021 59TH AVENUE SOUTH, ST. PETERSBURG, FLORIDA [33712].

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/10/2023

Signature of Plaintiff   *Ronald-Lamont: Wright*
Printed Name of Plaintiff   RONALD LAMONT WRIGHT

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____