UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD LAMONT WRIGHT,

    Plaintiff,

v.                                                                        Case No: 8:23-cv-100-SDM-JSS

SEACOAST NATIONAL BANK,
JASON M. ELLISON and AMY M.
WILLIAMS,

    Defendants.
_____/

## ORDER

Plaintiff, proceeding pro se, filed a motion seeking discovery from Defendants. (Motion, Dkt. 7.) The court construes Plaintiff's Motion as a motion to compel discovery pursuant to Federal Rule of Civil Procedure 37. Upon review of the docket, the parties have not filed a case management report, nor has the court entered a Case Management and Scheduling Order setting deadlines and scheduling the case for trial as required by Middle District of Florida Local Rule 3.02. *See also* Fed. R. Civ. P. 16(b). Defendants Seacoast and Ellison have also filed a motion to dismiss that is pending before the court. (Dkt. 9.)

In its discretion, the court finds that Plaintiff's Motion is premature at this time, as there is no indication that the parties have conducted the initial planning conference as required by Local Rule 3.02(a) and Federal Rules of Civil Procedure 16(b) and 26(f), and the court has not yet entered a Case Management and Scheduling Order in this

matter. *See Chudusama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997) ("[C]ourts enjoy broad discretion in deciding how best to manage the cases before them."). Accordingly, Plaintiff's Motion requesting discovery of facts (Dkt. 7) is **DENIED without prejudice**.[1]

ORDERED in Tampa, Florida, on March 3, 2023.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party

---

[1] To the extent Plaintiff intends to represent himself in this matter, he should familiarize himself with both the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida, copies of which can be reviewed in the Clerk's Office, located on the second floor of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, or on the court's website at https://www.flmd.uscourts.gov/local-rules.